887 A.2d 1143

IN THE MATTER OF DEMETRIOS J. KATSIOS, AN ATTORNEY AT LAW (ATTORNEY NO. 022231994).

January 5, 2006.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 05–074, concluding that **DEMETRIOS J. KATSIOS** of **KEARNY**, who was admitted to the bar of this State in 1994, should be suspended from the practice of law for a period of six months for violating *RPC* 1.15(a) (failure to safeguard funds), *RPC* 8.1(a) (false statement to disciplinary authorities), *RPC* 8.4(b) (criminal act that reflects on honesty, trustworthiness or fitness as a lawyer); and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation);

And respondent having been ordered to show cause why he should not be disbarred or otherwise disciplined;

And the Court having determined from its review of the record that the appropriate quantum of discipline for respondent's unethical conduct is a two-year suspension from practice;

And good cause appearing;

It is ORDERED that **DEMETRIOS J. KATSIOS** is suspended from the practice of law for a period of two years and until the

further Order of the Court, effective January 30, 2006; and it is further

ORDERED that **DEMETRIOS J. KATSIOS** comply with *Rule* 1:20–20, dealing with suspended attorneys; and it is further

ORDERED that pursuant to *Rule* 1:20–20(c), respondent's failure to comply with the Affidavit of Compliance requirement of *Rule* 1:20–20(b)(15) may (1) preclude the Disciplinary Review Board from considering respondent's petition for reinstatement for a period of up to six months from the date respondent files proof of compliance; (2) be found to constitute a violation of *RPC* 8.1(b) and *RPC* 8.4(c); and (3) provide a basis for an action for contempt pursuant to *Rule* 1:10–2; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.